**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| **JEFF GOLMON,** <br> **Plaintiff,** | § <br> § <br> § | |
| **VS.** | § | **C.A. No. 3:24-2368-K** |
| **NOVO NORDISK, INC.,** <br> **Defendant.** | § <br> § <br> § | |

**PLANITIFF'S SECOND SUPPLEMENT TO RULE 26 DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(a)(1), Jeff Golmon makes the following second supplemental initial disclosures. Continuing investigation and discovery may alter these disclosures and/or identify other potential witnesses, documents, and information.

By making the following disclosures, Jeff Golmon does not represent that he is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Mr. Golmon waive his right to object to the production or use of any document or tangible thing disclosed herein on the basis of any privilege, the work-product doctrine, relevancy, undue burden, confidentiality, or any other valid objection.

Respectfully submitted,

EVAN LANE (VAN) SHAW
State Bar No. 18140500
DAVID J. WELCH
State Bar No. 24098593
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
david@shawlaw.net
beau@shawlaw.net

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served in accordance with Rule 26 of the Federal Rules of Civil Procedure on the following on the 2nd day of May, 2025:

Ms. Katie Insogna
ATTORNEY AT LAW
33 Arch Street, Floor 26
Boston, Ma

FAX (607-406-6183)
= W 607-406-6046 =
= C 513-315-0034 =
katie.insogna@dlapiper.com

Ms. Meagan Dyer Self
ATTORNEY AT LAW
1900 North Pearl Street, Suite 2200
Dallas, Texas

FAX (972-813-6254)
= PH 214-743-4556 =
meagan.self@us.dlapiper.com

Jeremy B. (Beau) Powell

## RULE 26(F) DISCLOSURES

(3) **A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

A. Pain, suffering, and physical impairment sustained in the past – to be determined by trier of fact

B. Pain, suffering, and physical impairment – to be determined by trier of fact

C. Mental anguish in the future – to be determined by trier of fact

D. Mental anguish in the future – to be determined by trier of fact

E. Punitive, additional, statutory and exemplary

damages of the maximum amount allowed by law

To be determined by trier of fact

F. Expert Fees – will be supplemented

G. Litigation Expenses – $5,807.26+

H. Pre-Judgment Interest – to be determined by tier of fact

I. Post-Judgement Interest – to be determined by trier of fact

J. Medical expenses in the past including the following:

| Provider | Charges | Discount/ Write Off/ Charge Reversal | Amount Paid | Balance |
|---|---|---|---|---|
| Dr. Andrew Phan | $TBD | $TBD | $TBD | $TBD |
| Newman & Todd Vison Center | $2,104.92 | $861.04 | $1,402.32 | $-158.44 |

| | | | | |
|---|---|---|---|---|
| Dr. Robert Wang (Texas Retina Associates) | $TBD | $TBD | $TBD | $TBD |
| Dr. John Tan, MD | $5,225.00 | $3,077.81 | $2,147.19 | $0.00 |
| Dr. Nirav Pavasia<br>Neurology Consultants of Dallas | No Records Found | No Records Found | No Records Found | No Records Found |
| Dr. Zev Shulkin, MD | $1,506.11 | $489.27 | $1,218.98 | $0.00 |
| Dallas Podiatry Works | $418.94 | $175.79 | $243.22 | $0.00 |
| Radiology Associates of North Texas | $3,152.00 | $1,679.68 | $1,472.32 | $0.00 |
| Dr. Andres Phan | $13,801.00 | $10,067.23 | $3,753.70 | $0.00 |
| Labcorp | $302.00 | $260.27 | $2.77 | $38.96 |
| Totals | $26,509.97 | $16,611.09 | $10,240.50 | $38.96 |

K. Medical expenses to be incurred in the future – to be determined by tier of fact
L. Out of pocket expenses – 7,392.00+
- Lyft - $3,334.62
- Uber - $4,057.38