**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JEFF GOLMON,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK INC.,<br><br>Defendant. | C.A. No. 3:24-cv-02368-K |

**MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, Defendant Novo Nordisk Inc. files this motion to dismiss Plaintiff Jeff Golmon's Second Amended Complaint for failure to state a claim upon which relief can be granted. For the reasons stated in the memorandum supporting this motion, the Complaint should be dismissed with prejudice.

Dated: May 6, 2025


*/s/ Meagan Self*
Meagan Self
State Bar No. 24078453
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
meagan.self@us.dlapiper.com

Loren H. Brown (*pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
loren.brown@us.dlapiper.com

Ilana H. Eisenstein (*pro hac vice*)
Raymond M. Williams (*pro hac vice*)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Telephone: (215) 656-3351
Facsimile: (215) 606-3351
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Katherine B.W. Insogna (*pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street Suite 26th Floor
Boston, Massachusetts 02110
Telephone: (617) 406-6046
Facsimile: (617) 406-6183
katie.insogna@us.dlapiper.com

*Attorneys for Novo Nordisk Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record on May 6, 2025 via the Court's electronic notification system and/or electronic email.

*/s/ Meagan D. Self*
Meagan D. Self