**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JEFF GOLMON,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK INC.,<br><br>Defendant. | C.A. No. 3:24-cv-02368-K |

**[PROPOSED] ORDER**

AND NOW, this ___________ day of ____________________, 2025, upon consideration of Novo Nordisk Inc.'s Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6) and briefing in support thereof, and any response in opposition thereto, it is hereby **ORDERED** that Novo Nordisk Inc.'s Motion to Dismiss is **GRANTED**, and Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

________________________________________

Judge Ed Kinkeade