**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JEFF GOLMON,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK INC.,<br><br>Defendant. | C.A. No. 3:24-cv-02368-K |

**DECLARATION OF MEAGAN D. SELF**

I, Meagan D. Self, declare as follows:

1. I am an attorney licensed to practice in the State of Texas. I am a partner of the law firm DLA Piper LLP (US) and counsel for Novo Nordisk Inc. in this matter. I submit this declaration in support of Novo Nordisk Inc.'s Motion to Dismiss the Second Amended Complaint. The matters stated in this declaration are based on my personal knowledge, and if called to testify I could and would testify competently thereto.

2. Exhibit A is a true and correct copy of the October 2022 product label for Ozempic®, which was approved by the U.S. Food and Drug Administration.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Executed on this date the 6th day of May 2025.

*/s/ Meagan Self*
Meagan Self